# UNITED STATES DISTRICT COURT

## District of Minnesota

Johan Alejandro Conteron Aviles

Petitioner,

v.

Pamela Bondi, Kristi Noem, David Easterwood, Warden, Todd M. Lyons

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01422-MJD-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: This matter is TRANSFERRED to the United States District Court for the Western District of Texas.

Date: 2/20/2026

KATE M. FOGARTY, CLERK